# FINANCIAL DISCLOSURE REPORT

## Nomination Report

Government Act of 1978, as amended
(5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| St. Eve, Amy J. | Northern District of IL | 03/21/2002 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge -- Nominee | X Nomination, Date 03/21/2002 <br><br> ___ Initial ___ Annual ___ Final | 1 /01/ 2001 <br> to <br> 3 /01/ 2002 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Abbott Laboratories, 100 Abbot Park Road, Bldg. AP6D, Dep.324 Abbott Park, IL 60064 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | [ ] NONE (No reportable positions.) | |
| 1 | Senior Counsel, Litigation | Abbott Laboratories |
| 2 | Adjunct Professor | Northwestern Law School |
| 3 | | |

## II. AGREEMENTS (Reporting individual only; see pp. 14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | [ ] NONE (No reportable agreements.) | |
| 1 | | None. |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | [ ] NONE (No reportable non-investment income.) | | |
| 1 | 2002 | Northwestern Memorial Faculty Foundation | |
| 2 | 2001 | Northwestern Memorial Faculty Foundation | |
| 3 | 2001 | Abbott Laboratories (salary) | 101,546 |
| 4 | 2001 | U.S. Department of Justice | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ NONE (No such reportable reimbursements.) | | |
| 1 | Exempt. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ NONE (No such reportable gifts.) | | | |
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| ☐ NONE (No reportable liabilities.) | | | |
| 1 | Marshall Fields | Credit Card (Furniture -- paid off in full) | J |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

\* VAL CODES: J=$15,000 or less   K=$15,001-$50,000   L=$50,001 to $100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS-- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Bank One (Accounts) | A | Interest | L | T | EXEMPT | | | | |
| 2 Anheuser Busch Common Stock | A | Dividend | J | T | | | | | |
| 3 AT&T Wireless Services Common Stock | | None | | | | | | | |
| 4 Charter Communications Common Stock | | Dividend | | | | | | | |
| 5 Citigroup Inc. Common Stock | A | Dividend | J | T | | | | | |
| 6 Covad Communications Group Common Stock | | None | J | T | | | | | |
| 7 GE Common Stock | A | Dividend | J | T | | | | | |
| 8 Gillette Company Common Stock | | None | J | T | | | | | |
| 9 Home Depot Inc. Common Stock | A | Dividend | J | T | | | | | |
| 10 Medimmune Inc. | | None | J | T | | | | | |
| 11 Microsoft Corp. Common Stock | A | Dividend | K | T | | | | | |
| 12 Pfizer Inc. Common Stock | A | Dividend | J | T | | | | | |
| 13 Tyco Common Stock | A | Dividend | | | | | | | |
| 14 RMA Money Market | A | Interest | M | T | | | | | |
| 15 Delaware Select Growth Fund | | None | J | T | | | | | |
| 16 Oppenheimer Global Growth & Income | A | Dividend | J | T | | | | | |
| 17 Pilgrim Large-Cap Growth Fund Class A | A | Dividend | J | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS— income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | B. (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18  US Paine Webber CD | A | Interest | J | T | EXEMPT | | | | |
| 19  EMC Corp. Mass Common Stock | | None | J | T | | | | | |
| 20  Sun Microsystems Inc. Common Stock | | None | J | T | | | | | |
| 21  Agere Systems Inc. Common Stock | | None | | | | | | | |
| 22  Echelon Corp. Common Stock | | None | | | | | | | |
| 23  Foundry Networks Common Stock | | None | | | | | | | |
| 24  Lucent Technologies Common Stock | A | Dividend | | | | | | | |
| 25  Focal Comm. Corp. Common Stock | | None | | | | | | | |
| 26  Medtronic Common Stock | A | Dividend | | | | | | | |
| 27  Fidelity Magellan Mutual Fund | A | Dividend | K | T | | | | | |
| 28  Fidelity Municipal Money Market Account | A | Interest | J | T | | | | | |
| 29  Abbott Laboratoires Common Stock | A | Dividend | J | T | | | | | |
| 30  Putnam Growth and Income Fund | | None | J | T | | | | | |
| 31  George Putnam Fund of Boston | | None | J | T | | | | | |
| 32  SRP Stable Value Fund | | None | J | T | | | | | |
| 33  Smith Barney Money Funds | A | Interest | | | | | | | |
| 34  Cisco Systmes Inc. Common Stock | | None | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 3 INVESTMENTS and TRUSTS— income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 Smith Barney TRAK Fund | A | Dividend | | | EXEMPT | | | | |
| 36 Van Kampen Equity Trut Small Cap Growth Fund Class A | | None | J | T | | | | | |
| 37 Van Kampen Amern Cap Emerging Growth Fund Class A | | None | J | T | | | | | |
| 38 Fidelity Independence Fund | A | Dividend | J | T | | | | | |
| 39 Fidelity Blue Chip Fund | A | Dividend | K | T | | | | | |
| 40 Fidelity Growth & Income Fund | A | Dividend | K | T | | | | | |
| 41 Fidelity OTC Port Fund | | None | J | T | | | | | |
| 42 Spartan US Equity Fund | A | Dividend | K | T | | | | | |
| 43 | | | | | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

FINANCIAL DISCLOSURE REPORT | St. Eve, Amy J. | 03/21/2002

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

## SECTION HEADING.  (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART  3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|------|------|-----------------|--------------|
| 5 | 2000 | U.S. Department of Justice | |
| 6 | 2002 | Evanston Northwestern Hospital | |
| 7 | 2002 | Abbott Laboratories (salary) | $54,313.54 |

FINANCIAL DISCLOSURE REPORT | St. Eve, Amy J.

## SECTION HEADING.  (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART  3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|------|------|-----------------|--------------|
| 5 | 2000 | U.S. Department of Justice | |
| 6 | 2002 | Evanston Northwestern Hospital | |
| 7 | 2002 | Abbott Laboratories (salary) | $54,313.54 |

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____  Date _3-21-02_

Note: Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544